UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

STEVEN L. JONES,

    Plaintiff,

v.

U.S.A. RECYCLING, INC.,

    Defendant.                                  No. 14-cv-1431-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Motion to Dismiss Voluntarily (Doc. 26).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the Motion to Dismiss, entered on March 16, 2016 (Doc. 27), this case is **DISMISSED** with prejudice.

                                              JUSTINE FLANAGAN,
                                              ACTING CLERK OF COURT

                                              BY:    /s/*Caitlin Fischer*
                                                         **Deputy Clerk**

Dated:  March 21, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.03.21
11:33:07 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT